Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Defendant
WINTEK ELECTRO-OPTICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TPK TOUCH SOLUTIONS, INC.,<br><br>                    Plaintiff (s),<br><br>          v.<br><br>WINTEK ELECTRO-OPTICS CORPORATION, ET AL.,<br><br>                    Defendant(s). | **CASE NO. 13-cv-02218-JST**<br><br>**STIPULATION TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Rule 6-2(a) of the Local Rules of the Northern District of California, Plaintiff TPK Touch Solutions, Inc., and Defendant Wintek Electro-Optics Corporation hereby stipulate to a request for order changing time of Case Management Conference from August 28, 2013 to September 18, 2013.

IT IS SO STIPULATED:

Dated: June 6, 2013

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: _/s/ Scott R. Mosko_
Scott R. Mosko

Attorneys for Defendant
WINTEK ELECTRO-OPTICS CORPORATION

Dated: June 6, 2013

WHITE & CASE, LLP

By: _/s/ Bijal V. Vakil_
Bijal V. Vakil

Attorneys for Plaintiff TPK TOUCH SOLUTIONS, INC.

I, Scott R. Mosko declare that Bijal V. Vakil authorized me to add his e-signature to this pleading and to file it.

_/s/ Scott R. Mosko_
Scott R. Mosko

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference shall be held on September 18, 2013 at 2:00 p.m.  A joint case management statement is due 10 court days prior to the conference.

Dated:  June 11, 2013

_____
Jon S. Tigar
United States District Judge