UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPK TOUCH SOLUTIONS, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>WINTEK ELECTRO-OPTICS CORPORTATION, et al.,<br><br>    Defendants. | Case No. 13-cv-02218-VC<br><br>**SCHEDULING ORDER** |

On May 1, 2014, Plaintiff TPK Touch Solutions Inc. ("TPK") and Defendants Wintek Corporation and Wintek Electro-Optics Corporation (collectively "Wintek" or "Defendants") submitted an Amended Joint Case Management Statement. Having considered the statement and any other matter deemed to be appropriate by the Court, IT IS HEREBY ORDERED that:

**1.  DISCOVERY PLAN**

(a)  Production of ESI: The parties have exchanged a list of the most likely custodians and databases of relevant electronic materials on January 17, 2014. The parties are currently working on an agreement as to the method of searching, and the words, terms, and phrases to be searched. The parties will also discuss the timing and conditions of any additional searches which may become necessary in the normal course of discovery. To minimize the expense, the parties may consider limiting the scope of the electronic search (e.g., time frames, fields, document types). The parties shall finalize the agreement by May 23, 2014.

(b)  Privilege and trial-preparation material: The Court has entered a Stipulated Protective Order on January 22, 2014. Docket No. 68.

(c) Limits on Discovery:

All limitations on discovery imposed by the Federal Rules of Civil Procedure shall apply. The parties will confer if it appears that in good faith an alteration to the Rules is appropriate.

**2. SCHEDULE**

| EVENT | PROPOSED DATES |
|---|---|
| Close of Fact Discovery | September 30, 2014 |
| Date of Status Conference | October 17, 2014 |
| Disclosure of Expert Testimony and Reports | December 2, 2014 |
| Rebuttal Expert Reports | January 15, 2015 |
| Close of Expert Discovery | February 13, 2015 |
| Plaintiff's Opening Brief on Claim Construction and Summary Judgment | March 6, 2015 |
| Defendants' Responsive Brief on Claim Construction and Opening Brief on Cross Motion | March 27, 2015 |
| Plaintiff's Reply Brief on Claim Construction and Opposition to Cross Motion | April 10, 2015 |
| Defendants' Reply to Plaintiff's Opposition to Cross Motion | April 24, 2015 |
| Hearing on Claim Construction and Summary Judgment Motions | To be determined; subject to Court's schedule |
| Pre-Trial Conference | To be determined; subject to Court's schedule |
| Trial | To be determined; subject to Court's schedule |

**IT IS SO ORDERED.**

Dated: May 9, 2014

_____
VINCE CHHABRIA
United States District Judge