1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Joseph E. Palys (*pro hac vice*)
   josephpalys@paulhastings.com
7  PAUL HASTINGS LLP
   875 15th Street, N.W.
8  Washington, DC 20005
   Telephone:  (202) 551-1996
9  Facsimile:   (202) 551-1705

10
   Attorneys for Defendants
11 WINTEK ELECTRO-OPTICS CORPORATION
   AND WINTEK CORPORATION
12

13
                         UNITED STATES DISTRICT COURT
14
                        NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN FRANCISCO DIVISION
16

17

18 TPK TOUCH SOLUTIONS, INC.,                 CASE NO.  3:13-cv-02218-VC

19              Plaintiff (s),                **STIPULATION AND [PROPOSED]
                                              ORDER STAYING DISCOVERY AND
20         v.                                 ENLARGING THE CLOSE OF FACT
                                              DISCOVERY DEADLINE**
21
   WINTEK ELECTRO-OPTICS CORPORATION          Hon. Vince Chhabria
22 and WINTEK CORPORATION,

23              Defendants.

24

25

26

27

28
   WintekEnlargementStipandOrder              Stipulation and [Proposed] Order Enlarging Discovery Deadline
                                                                          Case No. 13-cv-02218-JST

The parties, through their counsel below hereby stipulate to stay discovery, enlarge the close of discovery deadline, and conduct settlement talks with the good faith belief that there is a reasonable possibility they can resolve this case.

The facts supporting this stipulation are as follows:

1. The current close of fact discovery deadline is September 30, 2014. The parties propose that this close of discovery deadline be enlarged;

2. During the previous few months, the parties have met to discuss the possible resolution of this matter.

3. The parties believe that further settlement meetings between themselves will likely be productive and have agreed to schedule such meetings shortly.

4. The parties further believe that the currently-scheduled discovery will interfere with their efforts to resolve the case and therefore wish to stay discovery pending their settlement talks.

5. The parties propose that all discovery is to be stayed, including any scheduled document production, inspections, written discovery responses and depositions, to and including October 8, 2014.

6. If a Request for Dismissal is not filed by October 8, 2014, the Close of Fact Discovery will be enlarged to November 30, 2014.

7. The parties have not earlier requested time modifications in this case.

///
///
///
///
///
///
///
///
///

8. The changes proposed in this stipulation will not significantly affect the schedule in this case. For example, a case management conference is currently scheduled for October 21, 2014, which the parties expect to attend unless a request for dismissal is filed beforehand.

9. Concurrently filed with this Stipulation and Proposed Order is a Stipulation removing from this Court's calendar Plaintiff's Civil L.R. 6-3 Motion to Enlarge the Fact Discovery Deadline (Docket No. 83) and Defendants' Opposition thereto (Docket No. 84).

Respectfully submitted,

IT IS SO STIPULATED:

Dated: September 3, 2014

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Scott R. Mosko*
Scott R. Mosko

Attorneys for Defendants
WINTEK ELECTRO-OPTICS CORPORATION AND WINTEK CORPORATION

Dated: September 3, 2014

WHITE & CASE, LLP

By: */s/ Bijal V. Vakil*
Bijal V. Vakil

Attorneys for Plaintiff TPK TOUCH SOLUTIONS, INC.

I, Scott R. Mosko declare that Bijal V. Vakil authorized me to add his e-signature to this pleading and to file it.

*/s/ Scott R. Mosko*
Scott R. Mosko

# [~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that

1. The September 30, 2014 close of fact discovery deadline shall be enlarged to November 30, 2014;

2. Pending settlement discussions, all discovery in this case shall be stayed to and including October 8, 2014.

IT IS SO ORDERED

Dated: September 5, 2014

Vince Chhabria
United States District Judge