UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TPK TOUCH SOLUTIONS, INC., <br><br> Plaintiff (s), <br><br> v. <br><br> WINTEK ELECTRO-OPTICS CORPORATION and WINTEK CORPORATION, <br><br> Defendants. | CASE NO. 3:13-cv-02218-VC <br><br> ~~PROPOSED~~ ORDER  AS MODIFIED <br><br> Hon. Vince Chhabria |

Upon good cause shown, IT IS HEREBY ORDERED that

1. The current discovery cut-off date of November 30, 2014 is vacated;

2. The current Settlement Conference date of November 12, 2014 is vacated;

3. The current date of December 2, 2014 to disclose expert testimony and reports is vacated; and

4. The Case Management Conference of November 25, 2014 is continued to or after December 9, 2014, subject to the Court's availability. The CMC is set for December 16, 2014, at 10:00 a.m. Updated statement is due December 9, 2014.

IT IS SO ORDERED.

Dated: October 27, 2014

_____
Judge Vince Chhabria
United States District Judge

IT IS SO ORDERED AS MODIFIED

[Proposed] Order to Joint Notice of Settlement and Motion to Stay Deadlines
Case No. 13-cv-02218-VC