UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TPK TOUCH SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WINTEK ELECTRO-OPTICS CORPORATION and WINTEK CORPORATION,<br><br>Defendants. | CASE NO. 3:13-cv-02218-VC<br><br>**PROPOSED ORDER**<br><br>Hon. Vince Chhabria |

Upon good cause shown, IT IS HEREBY ORDERED that:

1. All claims and counterclaims in this case are dismissed WITH PREJUDICE, and

2. All costs, expenses and attorneys' fees relating to this litigation shall be borne solely by the party that incurred them.

IT IS SO ORDERED.

Dated: November 26, 2014

_____
Vince Chhabria
United States District Judge